Daniel J. Gatti, OSB 73103
JamesB@Gattilaw.com
GATTI, GATTI, MAIER, SAYER,
THAYER & ASSOCIATES
1781 Liberty St. SE
Salem, OR 97302
Ph.: (503) 363-3443
Fax: (503)371-2482

FILED
JAN 0 5 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| *IN RE* **CLAIM OF M.D.E.**,<br><br>Plaintiff,<br><br>vs.<br><br>**THE ARCHDIOCESE OF PORTLAND IN OREGON**, an Oregon corporation; **THE ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON**, and successors, a corporation sole, d.b.a. THE ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Defendants. | No. 3:08mc9261<br><br>**STIPULATED MOTION FOR ENTRY OF JUDGEMENT OF DISMISSAL**<br>& JUDGMENT OF DISMISSAL |

The above-captioned case and all claims for relief therein having been fully compromised and resolved between the parties by agreement, Plaintiff and Defendants move this Court pursuant to Federal Rule of Civil Procedure 41(a), based upon the following stipulation of counsel, for a dismissal of all of Plaintiff's claims for relief with prejudice and without costs or

**STIPULATED MOTION FOR ENTRY OF JUDGEMENT OF DISMISSAL**

fees to any party, with all parties to bear their own costs and fees incurred herein.

IT IS SO STIPULATED.

Dated: 12-19-08

By: _____
Daniel J. Gatti, OSB 73103
Attorney for Plaintiff

Dated: 12/19/08

By: _____
Margaret Hoffman, OSB 901452
Attorney for Defendant Archdiocese

IT IS SO ORDERED:

Dated: 1-2-09

_____
THE HONORABLE PAUL PAPAK
US MAGISTRATE JUDGE